No. 510. BROWN ET AL. *v.* PIZER ET AL. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Ben Margolis* for petitioners. *Robert R. Rissman, Fred Okrand* and *Arthur J. Goldberg* for respondents.

No. 912. STOUT ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Paul Reed Taylor* for petitioners. *Solicitor General Sobeloff, Paul A. Sweeney* and *Morton Hollander* for the United States.

No. 918. MULLINS *v.* CLINCHFIELD COAL CORP. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Wm. A. Stuart* for respondent.

No. 920. MARSHALL *v.* MAGINNIS ET AL. C. A. 5th Cir. Certiorari denied.

No. 921. LEE, ADMINISTRATOR, *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Richard Steel* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Rice, Hilbert P. Zarky* and *Carolyn R. Just* for respondent.

No. 924. HUDSON & MANHATTAN RAILROAD Co. *v.* HARDING ET AL. C. A. 2d Cir. Certiorari denied. *Julius Hallheimer* and *Otis Mark Waters* for petitioner. *Solicitor General Sobeloff, Thomas G. Meeker* and *David Ferber* for the Securities & Exchange Commission, *Edward M. Garlock* and *David Vorhaus* for Harding et al., and *William W. Golub* and *Myron S. Isaacs* for Stichman, respondents.